In the Matter of the Application of FRANK L. FROMENT et al., Appellants, to Establish a Lien on a Vessel in the Custody of WILLIAM J. BURLEE, Trustee in Bankruptcy, Respondent.

(Submitted April 30, 1906; decided May 8, 1906.)

MOTION to amend remittitur. (See 184 N. Y. 568.)

Motion denied, with ten dollars costs. There is no necessity for any amendment, since the effect of the modification of the order of the Appellate Division is to require a new trial, the result of which will determine the ultimate right to costs. When the Appellate Division's order of reversal was modified by this court the judgments for costs entered upon the decisions of the trial court and of the Appellate Division were rendered ineffectual.

---

ELISE M. JEWETT, Respondent, v. MELINDA P. SCHMIDT et al., Appellants, and FRITZ LEOPOLD SCHMIDT, JR., et al., Respondents.

(Submitted April 30, 1906; decided May 8, 1906.)

Motion to amend remittitur denied, with ten dollars costs. (See 184 N. Y. 608.)